UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OHIO CASUALTY INSURANCE CO.,
Plaintiff,

-v-

NEW STYLE CONTRACTORS, INC., *et al.*,
Defendants.

26-CV-2686 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

As discussed in the telephone conference held on July 9, 2026, Defendants New Style Contractors, Inc. and NSC Associates Corp. (the "entity Defendants") must be represented by attorneys to appear in this matter because they are corporate entities. *See, e.g.*, *Zero Point MGMT by & through Boyce v. Chase Bank/JP Morgan Chase Co.*, No. 25-CV-8413, 2025 WL 3268885, at *1 (S.D.N.Y. Nov. 24, 2025) ("It is black letter law that corporations, partnerships, limited liability companies, associations, and all other artificial entities must be represented by counsel and may not appear pro se in federal court." (quotation marks omitted)). Failure to appear through counsel may result in the entry of default judgment against the entity Defendants.

The entity Defendants shall, through counsel, file any response to a motion for default judgment within 21 days of service. Artur Nowak and Barbara Nowak shall file any response to a motion for summary judgment within 21 days of service.

The Clerk of Court is directed to mail a copy of this order to Artur Nowak and Barbara Nowak. Plaintiff is directed to serve a copy of this order by mail on the entity Defendants.

SO ORDERED.

Dated: July 9, 2026
New York, New York

J. PAUL OETKEN
United States District Judge