**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

OHIO CASUALTY INSURANCE COMPANY,

Plaintiff,

-against-

26 **CIVIL** 2686 (JPO)

**JUDGMENT**

NEW STYLE CONTRACTORS, INC., et al.,

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 29, 2026, OCIC's motion for summary judgment against the Nowaks is GRANTED as to the first two counts of its complaint, OCIC's motion for default judgment against New Style and NSC is GRANTED, the Nowaks' motion to dismiss is DENIED, and the Nowaks' motion to stay proceedings is DENIED. OCIC's remaining claims against the Nowaks are hereby DISMISSED. Plaintiff is awarded damages against Defendants New Style Contractors, Inc., NSC Associates Corp., Artur Nowak, and Barbara Nowak, jointly and severally, in the amount of (1) $3,142,358.00 plus prejudgment interest, accruing from March 13, 2026 through the date of judgment at a rate of $774.83 per diem, in the amount of $183,634.71; and (2) attorney's fees and costs in the amount of $14,246.41. The Defendants are ORDERED to specifically comply with their obligations under the Indemnity Agreement to post collateral security in the amount of $3,142,358.00; accordingly, the case is closed.

**Dated:** New York, New York

November 4, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**